Garrett S. Garfield, OSB No. 093634
garrett.garfield@hklaw.com
Paul Matthias-Bennetch, OSB No. 222560
paul.bennetch@hklaw.com
**HOLLAND & KNIGHT LLP**
601 SW Second Avenue, Suite 1800
Portland, OR  97204
Telephone:  503.243.2300
Fax:  503.241.8014

*Attorneys for defendant Inogen, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| CHET MICHAEL WILSON, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiff<br><br>　　v.<br><br>INOGEN, INC.,<br><br>　　　　　Defendant. | Case No. 6:25-cv-1168-MTK<br><br>DEFENDANT INOGEN, INC.'S UNOPPOSED THIRD MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT |

### LR 7-1 CERTIFICATION

Counsel for defendant Inogen, Inc. certifies that they conferred with plaintiff's counsel by email on August 21, 2025, regarding this motion and that plaintiff does not oppose this motion.

### MOTION

Pursuant to Fed. R. Civ. P. 6(b)(1)(A), Inogen moves the Court for an order extending the time to answer plaintiff's complaint (ECF No. 1) by 14 days, such that the deadline to respond to the complaint will be September 11, 2025.

Page 1 -    DEF. INOGEN, INC.'S UNOPPOSED THIRD MOT. FOR EXTENSION OF TIME TO RESPOND TO COMPL.

**HOLLAND & KNIGHT LLP**
601 SW Second Avenue, Suite 1800
Portland, OR  97204
Telephone:  503.243.2300

## MEMORANDUM OF POINTS AND AUTHORITIES

Plaintiff filed his complaint in this Court on July 6, 2025 (ECF No. 1) and served process on Inogen on July 10, 2025 (*see* ECF No. 5). This Court granted Inogen's previous unopposed motions for extension of time, setting the current deadline to respond to the complaint on August 28, 2025. (ECF No. 12.)

This is Inogen's third request for an extension of time in this matter. Good cause exists to grant the extension because Inogen's counsel are continuing to review the allegations, conduct an appropriate fact investigation, and plan Inogen's response. Moreover, Inogen's counsel and plaintiff's counsel continue to engage in a preliminary discussion regarding the potential for early resolution. Additional time will allow the parties to continue such discussions.

This motion is made in good faith and not for the purpose of delay. No trial date is currently set, and Inogen's requested extension will not contravene or negatively affect any other current matter deadlines.

By filing this motion, Inogen does not waive, but expressly preserves, all defenses and objections it may have in this action, including any of the defenses available under Rule 12 of the Federal Rules of Civil Procedure.

## CONCLUSION

Based on the foregoing reasons, Inogen respectfully requests that this Court grant its motion for extension of time to respond to plaintiff's complaint by 14 additional days, until September 11, 2025.

Page 2 -     DEF. INOGEN, INC.'S UNOPPOSED THIRD MOT. FOR EXTENSION OF TIME TO RESPOND TO COMPL.

**HOLLAND & KNIGHT LLP**
601 SW Second Avenue, Suite 1800
Portland, OR 97204
Telephone: 503.243.2300

Dated: August 21, 2025

Respectfully submitted,

HOLLAND & KNIGHT LLP

By: *s/ Paul W. Matthias-Bennetch*
    Garrett S. Garfield, OSB No. 093634
    Email: garrett.garfield@hklaw.com
    Paul Matthias-Bennetch, OSB No. 222560
    paul.bennetch@hklaw.com
    601 SW Second Avenue, Suite 1800
    Portland, OR 97204
    Telephone: 503.243.2300
    Fax: 503.241.8014

    *Attorneys for defendant Inogen, Inc.*

Page 3 -   DEF. INOGEN, INC.'S UNOPPOSED THIRD MOT. FOR EXTENSION OF TIME TO RESPOND TO COMPL.

**HOLLAND & KNIGHT LLP**
601 SW Second Avenue, Suite 1800
Portland, OR 97204
Telephone: 503.243.2300

CERTIFICATE OF SERVICE

I hereby certify that I caused the foregoing DEFENDANT INOGEN, INC.'S UNOPPOSED THIRD MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT to be served on the following person[s]:

Andrew Roman Perrong, OSB No. 243320
a@perronglaw.com
Perrong Law LLC
2657 Mount Carmel Avenue
Glenside, PA 19038
215-225-5529

Anthony Paronich (pro hac vice)
anthony@paronichlaw.com
Paronich Law, P.C.
350 Lincoln St., Suite 2400
Hingham, MA 02043
617-485-0018

*Attorneys for plaintiff Chet Wilson*

by causing the document to be delivered by the following indicated method or methods:

☑ by CM/ECF electronically mailed notice from the Court on the date set forth below.

☐ by mailing full, true and correct copies thereof in sealed, first class postage prepaid envelopes, addressed to the parties and/or their attorneys as shown above, to the last-known office addresses of the parties and/or attorneys, and deposited with the United States Postal Service at Portland, Oregon, on the date set forth below.

☐ by causing full, true, and correct copies thereof to be hand-delivered to the parties and/or their attorneys at their last-known office addresses listed above on the date set forth below.

☐ by sending full, true, and correct copies thereof, via electronic mail to the parties and/or their attorneys as shown above, to the last-known e-mail addresses of the parties and/or their attorneys, on the date set forth below.

☐ by faxing full, true, and correct copies thereof to the fax machines which are the last-known fax numbers for the parties' and/or attorneys' offices, on the date set forth below.

DATED August 21, 2025

*s/ Paul W. Matthias-Bennetch*
Paul W. Matthias-Bennetch