Anthony I. Paronich
PARONICH LAW, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Tel: (617) 485-0018
Fax: (508) 318-8100
anthony@paronichlaw.com

*Attorneys for Plaintiff*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF OREGON

| | |
|---|---|
| CHET MICHAEL WILSON, individually and on behalf of all others similarly situated, : : : Plaintiff, : : v. : : INOGEN, INC. : : Defendant. : : | CIVIL ACTION FILE NO. 25-cv-1168 |

### **<u>STIPULATION OF DISMISSAL WITH PREJUDICE</u>**

The parties file this Stipulation of Dismissal with Prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), with each party to bear its own costs and fees. Therefore dismissal without a court order is proper.

So stipulated this 20th day of November, 2025.

///

///

///

///

///

| | |
|---|---|
| PARONICH LAW, P.C. | HOLLAND & KNIGHT LLP |
| By: *s/ Anthony Paronich* <br> Anthony Paronich <br> E-mail: anthony@paronichlaw.com <br> 350 Lincoln Street, Suite 2400 <br> Hingham, MA 02043 <br> Telephone: (617) 485-0018 <br><br> *Attorneys for plaintiff Chet Wilson and the proposed class* | By: *s/Garrett S. Garfield* <br> Garrett S. Garfield, OSB No. 093634 <br> E-mail: garrett.garfield@hklaw.com <br> Paul Matthias-Bennetch, OSB No. 222560 <br> E-mail : paul.bennetch@hklaw.com <br> 601 SW Second Avenue, Suite 1800 <br> Portland, OR 97204 <br> Telephone: (503) 243-2300 <br><br> *Attorneys for defendant Inogen, Inc.* |