UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| CHET MICHAEL WILSON, *individually and on behalf of all others similarly situated*, <br><br> Plaintiff, <br><br> v. <br><br> INOGEN, INC., <br><br> Defendant. | Case No. 6:25-cv-01168-MTK <br><br> **JUDGMENT** |

**KASUBHAI,** United States District Judge:

Based on the record, IT IS ORDERED AND ADJUDGED that this action is dismissed with prejudice.

DATED this 10th day of December 2025.

                                                  s/ Mustafa T. Kasubhai <br>
                                                  MUSTAFA T. KASUBHAI (he/him) <br>
                                                  United States District Judge